# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>           Plaintiff,<br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>           Defendants. | Case No. 1:18-cv-00774-DAD-EPG<br><br>**ORDER RE: STIPULATION TO STAY LITIGATION PENDING DISPOSITION OF CRIMINAL CASE**<br><br>(ECF No. 14) |

Upon stipulation between Plaintiff and Defendants County of Tulare and Tulare County Sheriff (ECF No. 14) and good cause appearing, this case is STAYED pending completion of the related criminal case pending against Defendant Nicholas O'Neal. All previously set hearings and deadlines are VACATED. Defendant's counsel shall update Plaintiff's counsel and this Court every ninety (90) days as to the status of the criminal case while it is pending. No later than 14 days after resolution of the criminal case, the parties shall file a joint status report.

IT IS SO ORDERED.

Dated: __**April 4, 2019**__             /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE