UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>Defendants. | Case No. 1:18-cv-00774-DAD-EPG<br><br>ORDER LIFTING STAY AND SETTING SCHEDULING CONFERENCE<br><br>(ECF Nos. 15, 29) |

On April 5, 2019, the Court entered an order staying this case pending completion of a related criminal case against Defendant Nicholas O'Neal. (ECF No. 15.) All previously set hearings and deadlines were vacated. (*Id.*)

On June 29, 2021, Plaintiff Roger Hepner and Defendant County of Tulare filed a Joint Status Report informing the Court that the related criminal case is complete. (ECF No. 29.) Plaintiff recently served Defendant O'Neal and he has requested thirty days to respond.[1] (*Id.*) Plaintiff and Defendant County of Tulare request that the Court set a scheduling conference in sixty days. (*Id.*)

///

---

[1] The parties are reminded that, pursuant to Local Rule 144, an initial stipulation extending the time to respond to a complaint for no more than twenty-eight (28) days may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. E.D. Cal. L.R. 144(a). All other extensions of time must be approved by the Court. (*Id.*)

1

In light of the Joint Status Report, the Court will lift the stay and set a scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this case is lifted;
2. The Court sets an Initial Scheduling Conference for **September 8, 2021, at 10:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint scheduling report that complies with the requirements set forth in the Order Setting Mandatory Scheduling Conference (ECF No. 4) at least one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov; and
3. Plaintiff is directed to serve a copy of this order on Defendant O'Neal.

IT IS SO ORDERED.

Dated: **June 30, 2021**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE