UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>        Defendants.<br><br>NICHOLAS O'NEAL,<br><br>        Cross-Claimant,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>        Cross-Defendants. | Case No. 1:18-cv-00774-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION |

      Plaintiff Roger Hepner ("Plaintiff"), proceeding through counsel, filed this action alleging claims pursuant to state law and 42 U.S.C. § 1983 against Defendants County of Tulare, Tulare County Sheriff, and Nicholas O'Neal. (ECF No. 1.) Cross-Claimant Nicholas O'Neal has filed a cross-complaint against Cross-Defendants County of Tulare and Tulare County Sheriff. (ECF No. 31.)

//

This case was originally administratively designated as 440 Civil Rights: Other. However, a review of the complaint indicates that the present action involves a prisoner[1] litigating the conditions of his confinement. The administrative designation should therefore be updated to 550 Prisoner: Civil Rights.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to administratively redesignate this matter from 440 Civil Rights: Other to 550 Prisoner: Civil Rights to reflect that the case involves a prisoner litigating the conditions of his confinement; and
2. The case number in this action shall be updated as follows: Case No. 1:18-cv-00774-DAD-EPG (PC).

IT IS SO ORDERED.

Dated:  **August 30, 2021**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff alleges that he was beaten by a Tulare County Sheriff's deputy while incarcerated at the Tulare County pretrial detention center. (*See* ECF No. 1.) The Court's administrative designation for prisoner civil rights cases includes pretrial detainees' conditions of confinement.