UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants.<br>_____<br>NICHOLAS O'NEAL,<br><br>    Cross-Claimant,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Cross-Defendants. | Case No. 1:18-cv-00774-DAD-EPG (PC)<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>(ECF No. 40) |

On March 7, 2022, the Court held a Mid-Discovery Status Conference with the parties. (ECF No. 50.) At the conference, Plaintiff's counsel agreed to submit the necessary paperwork for Plaintiff's deposition to Plaintiff's institution by March 10, 2022.

Additionally, as discussed at the conference, IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 40) is modified as follows:

1

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff: | August 8, 2022 |
| Expert Disclosure: | September 6, 2022 |
| Rebuttal Expert Disclosure: | October 7, 2022 |
| Expert Discovery Cutoff: | November 7, 2022 |
| Dispositive Motion Filing: | January 3, 2023 |
| Pretrial Conference | Date: June 23, 2023<br>Time: 1:30 PM<br>Dept: 5 (DAD) |

No trial date has been set. All other terms and conditions of the Scheduling Order (ECF No. 40) remain in full force and effect.

Within fourteen (14) days of a final order on any motion for summary judgment, to the extent any claims remain, the parties shall jointly email Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) regarding their plans to participate in an alternative dispute resolution process and whether they would like to request a settlement conference with a United States Magistrate Judge.[1]

IT IS SO ORDERED.

Dated: __March 7, 2022__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] If none of the parties file a motion for summary judgment, the parties shall jointly contact Ms. Rooney regarding settlement by February 6, 2023.

2