UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF TULARE, et al.,<br><br>  Defendants.<br>_____<br><br>NICHOLAS O'NEAL,<br><br>  Cross-Claimant,<br><br>  v.<br><br>COUNTY OF TULARE, et al.,<br><br>  Cross-Defendants. | Case No. 1:18-cv-00774-DAD-EPG (PC)<br><br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ORDER<br><br>(ECF No. 52) |

Before the Court is Plaintiff Roger Hepner's motion for an order directing the California Department of Corrections and Rehabilitation to make Plaintiff, who is incarcerated at California State Prison, available to meet with his counsel for no less than three (3) consecutive hours prior to March 23, 2022. (ECF No. 52.) According to the motion, Plaintiff's deposition is set for March 23, 2022, and the facility can only accommodate a thirty-minute phone call between Plaintiff and

1

his counsel, absent a court order. (*Id.*) However, thirty minutes is not enough time to prepare Plaintiff for the deposition, especially because he has developmental and cognitive disabilities. (*Id.*)

    Having considered the motion, and good cause appearing, IT IS HEREBY ORDERED that the California Department of Corrections and Rehabilitation shall make Plaintiff (Inmate #BH9130) available to meet his counsel of record in this matter for no less than three (3) consecutive hours prior to March 23, 2022.

IT IS SO ORDERED.

Dated: **March 10, 2022**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2