UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants. | No. 1:18-cv-00774-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT CROSS-DEFENDANTS' MOTION TO DISMISS BE GRANTED WITH LIMITED LEAVE TO AMEND<br><br>(Doc. No. 33, 44) |
| NICHOLAS O'NEAL,<br><br>    Cross-Claimant,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Cross-Defendants. | |

Plaintiff Roger Hepner, proceeding through counsel, filed this civil rights action against defendants County of Tulare, Tulare County Sheriff, and Nicholas O'Neal. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

/////

/////

1

On August 27, 2021, cross-defendants County of Tulare and Tulare County Sheriff filed a motion to dismiss Nicholas O'Neal's cross-claims. (Doc. No. 33.) On February 15, 2022, the assigned magistrate judge issued findings and recommendations, recommending that cross-defendants' motion to dismiss be granted with limited leave to amend also being granted. (Doc. No. 44.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 15–16.) To date, no objections have been filed with the court and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court had conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 15, 2022 (Doc. No. 44) are adopted;
2. The cross-defendants' motion to dismiss (Doc. No. 33) is granted with limited leave to amend specific claims also being granted;
3. The cross-claimant's claim for a defense or defense costs against the Tulare County Sheriff is dismissed without leave to amend;
4. The cross-claimant's claims for indemnity are dismissed without leave to amend;
5. The cross-claimant's claim for the County of Tulare to provide a defense is dismissed without prejudice to cross-claimant seeking a writ of mandate to require the County of Tulare to provide a defense;
6. The cross-claimant's claim for the County of Tulare to reimburse defense costs is dismissed with leave to amend to plead compliance with California's Government Claims Act; and

/////
/////
/////

7. The cross-defendants' request for judicial notice is denied as having been rendered moot by this order.

IT IS SO ORDERED.

Dated:   **May 3, 2022**

UNITED STATES DISTRICT JUDGE