1

**ABIR COHEN TREYZON SALO, LLP**
Boris Treyzon, Esq. (SBN 188893)

2
Douglas A. Rochen, Esq. (SBN 217231)
Brianna Franco, Esq. (SBN 327526)

3
bfranco@actslaw.com
16001 Ventura Blvd, Suite 200

4
Encino, California 91436
Telephone: (424) 288-4367 | Fax: (424) 288-4368

5

**OWDOM LAW FIRM**
6
Matthew D. Owdom (SBN 258779)
matt@owdomlawfirm.com
7
632 W. Oak Ave.
Visalia, California 93291
8
Telephone: (559) 750-5224

9
Attorneys for Plaintiff

10

11
UNITED STATES DISTRICT COURT

12
EASTERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| ROGER HEPNER, | Case No.: 1:18-cv-00774-DAD-EPG |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO AMEND SCHEDULING ORDER AND REQUST FOR SETTLEMENT CONFERENCE** |
| COUNTY OF TULARE, a governmental entity; TULARE COUNTY SHERIFF, a governmental entity; NICHOLAS O'NEAL; Unknown TULARE COUNTY TSC'S DEPUTIES named herein as Does 1 - 50; and ROES 1-50 inclusive | Magistrate Judge: Erica P. Grosjean |
| Defendants. | |

15
16
17
18
19
20
21

22

23
        The parties to the above-entitled action, Plaintiff ROGER HEPNER ("Plaintiff") and

24
Defendants COUNTY OF TULARE, and TULARE COUNTY SHERIFF, NICHOLAS O'NEAL

25
("Defendants") jointly submit this JOINT STIPULATION TO AMEND SCHEDULING ORDER

26
AND REQUEST FOR SETTLEMENT CONFERENCE.

27
**I.**

28

1

JOINT STIPULATION TO AMEND SCHEDULING ORDER AND REQUST FOR SETTLEMENT
CONFERENCE

1    In attempting to schedule key depositions, the Parties have encountered scheduling

2 conflicts and are unable to schedule said depositions before the August 8, 2022, Non-Expert

3 Discovery Cutoff date. Additionally, Defendants request some additional time to engage in

4 further discovery related to the cross action.

5                                    **II.**

6                      **PROPOSED REVISED SCHEDULING**

7 The parties propose the following revised schedule:

8 Non-Expert Discovery Cutoff:              February 3, 2023

9 Dispositive Motion Filing Deadline:  March 6, 2023

10 Expert Disclosure:                          March 13, 2023

11 Rebuttal Expert Disclosure:          April 13, 2023

12 Expert Discovery Cutoff:                  May 12, 2023

13                                   **III.**

14                 **REQUEST FOR SETTLEMENT CONFERENCE**

15

16    The Parties further request that the Court set a Settlement Conference in this matter.

17

18 DATED: July 14, 2022                    **ABIR COHEN TREYZON SALO, LLP**

19

20                                    By:/s/ Brianna Franco_____

21                                      Boris Treyzon, Esq.

22                                      Douglas Rochen, Esq.
                                        Brianna Franco, Esq.
23                                      Attorneys for Plaintiff

24

25

26

27

28

2

1

2   DATED:  July 14, 2022                    **TULARE COUNTY COUNSEL**

3

4                                            By:    /s/ Judith Chapman
                                                    Judith Chapman
5                                                   Attorneys for Defendant County of Tulare

6   DATED: July 14, 2022                     **MASTAGNI HOLSTEDT, A.P.C**

7

8                                            By:    /s/ Grant Winter
                                                    Grant Winter
9                                                   Attorneys for Defendant Nicholas O'Neal

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION TO AMEND SCHEDULING ORDER AND REQUST FOR SETTLEMENT
CONFERENCE

## **ORDER**

Having considered the parties' stipulation (ECF No. 67), IT IS HEREBY ORDERED

that the Scheduling Order (ECF No. 40), as previously modified (ECF No. 51),[1] is further

modified as follows:

| Event | Deadline/Date |
|---|---|
| Non-Expert Discovery Cutoff | February 3, 2023 |
| Dispositive Motion Filing Deadline: | March 6, 2023 |
| Expert Disclosures: | March 13, 2023 |
| Rebuttal Expert Disclosures: | April 13, 2023 |
| Expert Discovery Cutoff: | May 12, 2023 |
| **Pretrial Conference:** | **Date: August 14, 2023**<br>**Time: 1:30 PM**<br>**Dept: 5 (DAD)** |

No trial date has been set. All other terms and conditions of the Scheduling Order (ECF

No. 40) remain in full force and effect.

The Court will address the parties' request for a settlement conference by separate order.


IT IS SO ORDERED.


Dated: __**July 18, 2022**__                    /s/ *Erica P. Grosjean*
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Requests for extensions of time must set forth the total period of extensions already obtained by the parties as to the particular matters for which the extension is sought. E.D. Cal. L.R. 144(b). The parties' stipulation does not indicate that they previously received an extension of the nonexpert discovery, expert discovery, dispositive motion, and pretrial conference dates. (*See* ECF Nos. 51, 67.) Counsel is reminded that any future requests for extensions must comply with the Local Rules.