UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants.<br>_____<br>NICHOLAS O'NEAL,<br><br>    Cross-Claimant,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Cross-Defendants. | Case No. 1:18-cv-00774-ADA-EPG (PC)<br><br><br>ORDER APPROVING SECOND STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 75) |

On January 19, 2023, the parties filed their second joint stipulation to modify the scheduling order. (ECF No. 75). Pursuant to the stipulation of the parties (ECF No. 75), and finding good causes exists, the Scheduling Order (ECF No. 40), as previously modified (ECF Nos. 51 & 68),[1] is further modified as follows:

---

[1] As the Court previously informed the parties, "[r]equests for extensions of time must set forth the total period of extensions already obtained by the parties as to the particular matters for which the extension is sought.

- 1 -

| Event | Deadline/Date |
|---|---|
| Non-expert Discovery | April 7, 2023 |
| Dispositive Motion Filing Deadline | May 8, 2023 |
| Expert Disclosure | May 12, 2023 |
| Rebuttal Expert Disclosure | June 12, 2023 |
| Expert Discovery | July 21, 2023 |
| **Pretrial Conference** | **Date: January 8, 2024**<br>**Time: 1:30 PM**<br>**Dept: 1 (ADA)** |

No trial date has been set. All other terms and conditions of the Scheduling Order (ECF No. 40) remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 23, 2023**            /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

E.D. Cal. L.R. 144(b)…. Counsel is reminded that any future requests for extensions must comply with the Local Rules." (ECF No. 68, p. 4 n.1). The parties' stipulation once again fails to indicate that they previously received extensions of the nonexpert discovery, expert discovery, and dispositive motion dates (ECF Nos. 51 & 68).