UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants.<br>_____<br>NICHOLAS O'NEAL,<br><br>    Cross-Claimant,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Cross-Defendants. | Case No. 1:18-cv-00774-ADA-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SEAL AND REPLACE ECF NO. 89<br><br>(ECF No. 94) |

On April 13, 2023, Plaintiff filed a motion to seal and replace ECF No. 89, "Plaintiff's Informal Discovery Dispute Letter Brief." (ECF No. 94). Plaintiff states that the exhibits attached to the letter brief include Plaintiff's full birth date and social security number. (Id. at 2). "Through inadvertent mistake, Plaintiff included these as exhibits without redacting said private information." (Id.). Plaintiff asks the Court to seal ECF No. 89 and to have it replaced with a redacted version, a copy of which is attached to the motion. (Id.). Defendants do not oppose

- 1 -

Plaintiff's motion. (Id.).

    Plaintiff is asking to replace a document that unnecessarily includes private information with a redacted version of the same document. Moreover, the Federal Rules of Civil Procedure and the Local Rules of this Court require redactions when a document includes a birth date or social security number. See Fed. R. Civ. P. 5.2 & Local Rule 140(a). As Plaintiff is requesting to have ECF No. 89 sealed and replaced in compliance with these rules, the Court will grant Plaintiff's motion.

    Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to seal and replace ECF No. 89 (ECF No. 94) is GRANTED;
2. The Clerk of Court is directed to seal ECF No. 89, Plaintiff's Informal Discovery Dispute Letter Brief;
3. Within seven days of the date of service of this order, Plaintiff's counsel shall file the redacted version of Plaintiff's Informal Discovery Dispute Letter Brief, which is attached to Plaintiff's motion as Exhibit 1.

IT IS SO ORDERED.

Dated: **April 14, 2023**     /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE