UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>Defendants.<br>_____<br>NICHOLAS O'NEAL,<br><br>Cross-Claimant,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>Cross-Defendants. | Case No. 1:18-cv-00774-ADA-EPG (PC)<br><br>ORDER APPROVING JOINT STIPULATION REGARDING RULE 35 MEDICAL EXAMINATIONS OF PLAINTIFF ROGER HEPNER<br><br>(ECF No. 96) |

    On April 14, 2023, the parties filed a joint stipulation regarding Rule 35 medical examinations of Plaintiff Roger Hepner.  (ECF No. 96).  The Court has reviewed the stipulation, and finds that the parties have complied with the requirements of Federal Rule of Civil Procedure 35.

    Accordingly, pursuant to the stipulation of the parties (ECF No. 96), and finding good causes exists, IT IS ORDERED that the stipulation is APPROVED.  Howard Glidden,

- 1 -

Neuropsychologist, License No. 14145, and Daniel Franc, Neurologist M.D, License No. A119764, shall each perform a Rule 35 medical examination of Plaintiff Roger Hepner pursuant to the conditions in the stipulation.

IT IS SO ORDERED.

Dated: **April 17, 2023**  /s/ Erica P. Grosjean
_____
UNITED STATES MAGISTRATE JUDGE