UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants.<br>_____<br>NICHOLAS O'NEAL,<br><br>    Cross-Claimant,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Cross-Defendants. | Case No. 1:18-cv-00774-ADA-EPG (PC)<br><br>ORDER APPROVING AMENDED JOINT STIPULATION REGARDING RULE 35 MEDICAL EXAMINATIONS OF PLAINTIFF ROGER HEPNER<br><br>(ECF No. 112) |

On May 1, 2023, the parties filed an amended joint stipulation regarding Rule 35 medical examinations of Plaintiff Roger Hepner. (ECF No. 112).[1] The Court has reviewed the stipulation, and finds that the parties have complied with the requirements of Federal Rule of Civil Procedure 35.

---

[1] The Court notes that this stipulation is an amended version of a stipulation that the parties filed on the same day (ECF No. 111).

- 1 -

Accordingly, pursuant to the stipulation of the parties (ECF No. 112), and finding good causes exists, IT IS ORDERED that the stipulation is APPROVED. Jeff Victoroff, Associate Professor of Clinical Psychiatry, License No. G63291, and Daniel Franc, Neurologist M.D, License No. A119764, shall each perform a Rule 35 medical examination of Plaintiff Roger Hepner pursuant to the following conditions:

1. Dr. Victoroff's examination will take approximately three-hours and shall take place on a date agreed to by the parties and the facility.
2. Dr. Franc's, examination will take approximately 8hrs and shall take place on a date agreed to by the parties and the facility.
3. Theses examinations shall take place at California Substance Abuse Treatment Facility and State Prison, Corcoran located at 900 Quebec Avenue, Corcoran, CA 93212.
4. The examinations will have both physical and mental components and shall be limited to Mr. Hepner's claimed medical conditions symptoms, history of symptoms, prior history of similar symptoms, progression of symptoms, duration, and severity as well. Dr. Victoroff is entitled to perform a psychiatric exam which includes the Folstein Mini-mental State exam, National Center for Post Traumatic Stress Disorder Clinician Administered PTSD Scale, the Beck Depression Inventory II, the Beck Anxiety Inventory, and a mental status examination. Dr. Franc is entitled to perform a neurological examination that includes reflexes, balance, strength, cranial nerves, and the Montreal Cognitive Assessment (MOCA) as deemed necessary by the examining expert.
5. Should a dispute arise during any of the examinations as to scope of the examination, experts take on the responsibility of contacting counsel so that counsel of the parties shall meet and confer to resolve the dispute during the examination and, if unable to reach resolution, such will call the Court during the examination to settle any unresolved dispute.
6. Each examination shall not exceed a total of 8 hours each.

7. The examination shall not include any painful, protracted, or intrusive procedures or tests.

8. The examination shall not include any questioning regarding any matters protected by the attorney-client privilege, or attorney work product doctrine.

9. The examination shall not include any questioning regarding the facts and circumstances of the October 27, 2017 incident. However, the examiner may ask questions regarding Plaintiff's current symptoms related to the injuries experienced on that date to the extent the information is necessary for the examination. No questions will be asked concerning the facts of the incident, including but not limited to the conduct or statements of persons on that date, who caused the incident, the amount of force that plaintiff experienced on that date, or the mechanism of injury. No questions will be asked regarding statements Plaintiff has made to any third party concerning the October 27, 2017 incident.

10. The examination shall not include any questioning regarding medical history unrelated to Mr. Hepner's claimed medical conditions or injuries.

11. Plaintiff recognizes the examiner's need to identify the Plaintiff at the time of the examination, and, thus, will provide the following information:
    a. Full name; and
    b. Date of birth.

12. Plaintiff will not provide the defense medical examiner with any additional personal information, including, but not limited to, the following:
    a. Medical insurance information or other insurance information; and
    b. Social Security Number.

13. The basis of this limitation in paragraph 12 is the request of the above-listed information would invade Plaintiff's right of privacy, is impermissibly overbroad, and, therefore, oppressive, burdensome, and irrelevant to the subject matter of this action.

14. No persons other than Plaintiff and the attending physician are allowed to be present during the examination, unless required by the facility. Plaintiff shall have the right to

    record the exam via audio technology. Defendant's experts will each audio record the entirety of examination using an audio recorder. Within two (2) days following the examination, Defense counsel shall share the audio recording with Plaintiff's counsel. By order of this Court, the California Substance Abuse Treatment Facility and State Prison, Corcoran must allow the audio recorder into the facility for the examinations.

15. A written report shall be prepared by Dr. Victoroff and Dr. Franc that satisfies the requirements of Rule 35 of the Federal Rules of Civil Procedure. The parties agree to follow the procedures in Rule 35 of the Federal Rules of Civil Procedure, and that Rule 35 shall apply with respect to reports and like reports as outlined in the rule.

16. Dr. Victoroff and Dr. Franc shall not disclose any documents or information related to Plaintiff to anyone other than the parties, their counsel, fellow experts in the case, or if necessary, the Court or the jury in this action, unless otherwise obligated by law to do so.

17. Defendants shall pay all costs of Dr. Victoroff and Dr. Franc's examinations.

18. Dr. Victoroff and Dr. Franc will be bound to the terms of the Stipulation entered into by counsel.

IT IS SO ORDERED.

Dated:  **May 2, 2023**                    /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE