UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　Defendants.<br>_____<br>NICHOLAS O'NEAL,<br><br>　　Cross-Claimant,<br><br>　　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　Cross-Defendants. | Case No. 1:18-cv-00774-ADA-EPG (PC)<br><br>ORDER APPROVING THIRD STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 110) |

　　On May 1, 2023, the parties filed their third joint stipulation to modify the scheduling order. (ECF No. 110). Pursuant to the stipulation of the parties (ECF No. 110), and finding good causes exists, the Scheduling Order (ECF No. 40), as previously modified (ECF Nos. 51, 68, 76, & 99), is further modified as follows:

\\\

- 1 -

| Event | Deadline/Date |
|---|---|
| Expert Disclosure | June 28, 2023 |
| Rebuttal Expert Disclosure Deadline: | July 28, 2023 |
| Expert Discovery | September 8, 2023 |
| Dispositive Motion Filing Deadline | September 22, 2023 |
| Pretrial Conference | Date: March 4, 2024<br>Time: 1:30 PM<br>Dept: 1 (ADA)[1] |

No trial date has been set. All other terms and conditions of the Scheduling Order (ECF No. 40) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 2, 2023**              /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The date of the pretrial conference may be modified further if any dispositive motions remain pending.