UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF TULARE, et al., <br><br> Defendants. <br> _____ <br><br> NICHOLAS O'NEAL, <br><br> Cross-Claimant, <br><br> v. <br><br> COUNTY OF TULARE, et al., <br><br> Cross-Defendants. | Case No. 1:18-cv-00774-ADA-EPG (PC) <br><br><br> ORDER APPROVING AGREEMENT TO REDACT PORTIONS OF RECORDS FROM SUBSTANCE ABUSE TRATMENT FACILITY <br><br> (ECF Nos. 105 & 116) |

On April 20, 2023, Plaintiff filed a motion to quash subpoenas and request for a protective order to prohibit use of documents procured by subpoenas. (ECF No. 105). On April 27, 2023, the Court denied the motion, "except as to the documents received from Substance Abuse Treatment Facility related to criminal charges against Plaintiff." (ECF No. 109). At to these documents, the Court directed the parties to file a joint statement, "either stipulating to the scope of permissible use of these documents or setting forth the parties' positions." (Id.).

- 1 -

On May 24, 2023, the parties filed a Joint Statement Regarding Plaintiff's Substance Abuse Treatment Facility Records and Proposed Agreement to Redact Portions of Records. (ECF No. 116).

The Court has reviewed the proposed agreement, and will approve it.

Accordingly, IT IS ORDERED that:

1. The parties' agreement (ECF No. 116) is APPROVED.
2. Probation Officer Recommendation (*pages 10-25 of SATF records*): The Parties shall redact the report (pages 10-25) in their entirety from the records. Furthermore, Defendants shall instruct their experts to disregard these pages in their entirety and should not consider it in any expert opinion.
3. Minute Order (*pages 32-34 of SATF records*): The Parties shall redact these pages from the SATF records. Furthermore, Defendants shall instruct their experts to disregard these pages to the extent it exists in those records and should not consider such records in any expert opinion unless obtained through another source.
4. Felony Complaint (*pages 37-74 of SATF records*): The Parties shall redact these pages from SATF records. Furthermore, Defendants shall instruct their experts to disregard these pages to the extent it exists in those records and should not consider these pages in any expert opinion unless obtained through another source.
5. Nothing in this agreement shall be taken as a waiver of any Party's right to bring any motion(s) *in limine* and/or other protective orders at a later time regarding these documents.

IT IS SO ORDERED.

Dated: **May 25, 2023**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE