UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER,<br><br>　　Plaintiff,<br><br>　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　Defendants.<br>_____<br>NICHOLAS O'NEAL,<br><br>　　Cross-Claimant,<br><br>　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　Cross-Defendants. | Case No. 1:18-cv-00774-ADA-EPG (PC)<br><br>ORDER APPROVING FOURTH STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 118) |

On June 5, 2023, the parties filed their fourth joint stipulation to modify the scheduling order. (ECF No. 118). Pursuant to the stipulation of the parties (ECF No. 118), and finding good causes exists, the Scheduling Order (ECF No. 40), as previously modified (ECF Nos. 51, 68, 76, 99, & 114), is further modified as follows:

\\\

- 1 -

| Event | Deadline/Date |
|---|---|
| Expert Disclosure | August 25, 2023 |
| Rebuttal Expert Disclosure Deadline: | September 26, 2023 |
| Expert Discovery | October 20, 2023 |
| Dispositive Motion Filing Deadline | November 3, 2023 |
| Pretrial Conference | Date: March 4, 2024<br>Time: 1:30 PM<br>Dept: 1 (ADA)[1] |

No trial date has been set.  All other terms and conditions of the Scheduling Order (ECF No. 40) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **June 7, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The date of the pretrial conference may be modified further if any dispositive motions remain pending.