UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HEPNER, et al.,<br><br>                Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>                Defendants. | Case No.   1:18-cv-00774-KES-EPG<br><br>ORDER REGARDING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 173) |

On August 14, 2025, Plaintiff Roger Hepner, and Defendants County of Tulare and Tulare Country Sheriff, participated in a settlement conference before the Court. During the settlement conference, the parties agreed to a settlement and the Court ordered dispositional documents be filed no later than forty-five (45) days after the settlement conference. (ECF No. 172).

On September 26, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (ECF No. 173). Further, the joint stipulation stipulated that each party bear their own costs, fees and expenses. (*Id.*).

Upon consideration of the parties' stipulation, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The action is dismissed with prejudice and without an award of costs or attorneys' fees.

\\\
\\\
\\\
\\\

1

Accordingly, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **September 29, 2025**                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE